UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

COUNTDOWN CLOCKS
INTERNATIONAL,

       Plaintiff,

vs.

SHORTTIMERS CLOCK AND
CHRISTOPHER SHEPPARD

       Defendants.

----------------------------------------X

**FED.R.CIV.P.7.1**
**DISCLOSURE STATEMENT**

07 CIV 7283
(Rakoff, J.)



Pursuant to Fed.R. Civ. P. 7.1 [formerly local General Rule 1.a] and to enable District Judges and Magistrate Judges of the Court to Evaluate possible disqualification or recusal, the undersigned counsel for Defendants, SHORTTIMERS CLOCK AND CHRISTOPHER SHEPPARD (non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held: **NONE**

Dated: 08/30/07

Respectfully Submitted,

INTELLECTULAW
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.

*Panagiota Betty Tufariello*
Panagiota Betty Tufariello (PBT 3429)
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.
25 Little Harbor Road
Mount Sinai, New York 11766
631-476-8734 (T)
631-476-8737 (F)
Betty@intellectulaw.com
info@intellectulaw.com
24yellow@optonline.net
Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** for Defendants, SHORTTIMERS CLOCK AND CHRISTOPHER SHEPPARD, has been served upon the Attorneys for Plaintiff, COUNTDOWN CLOCKS INTERNATIONAL, OSTROLENK, FABER, GERB & SOFFEN, LLP via Express Mail, addressed to:

> Robert C. Faber, Esq.
> Ostrolenk, Faber, Gerb & Soffen, LLP
> 1180 Avenue of the Americas
> New York, New York 10036

on Thursday, August 30, 2007

*/s/ Debbie Blangiardo*
Debbie Blangiardo