Robert C. Faber (RF 7020)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
(212) 382-0700

Attorneys for Plaintiff

Panagiota Betty Tufariello (PBT 3429)
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.
25 Little Harbor Road
Mount Sinai, New York 11766
(631) 476-8734

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
COUNTDOWN CLOCKS INTERNATIONAL          :
                                        :
            Plaintiff,                  : CASE NO. 07 CIV 7283 JSR)
                                        :
   v.                                   :
                                        :
SHORTTIMERS CLOCK AND CHRISTOPHER       :
                                        :
            Defendants.                 :
---------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the undersigned, Robert C. Faber, attorney for the Plaintiff and Panagiota Betty Tufariello, Attorney for both Defendants in the above identified Civil Action hereby stipulate to dismissal of the above noted Civil Action, including the Complaint, the Answer and the Counterclaims stated in the Answer, with prejudice, pursuant to an Agreement reached between the parties.

{00874895.1}    1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-18-07

Each party will bear its own costs.

Respectfully submitted,

October 17, 2007

_____
Robert C. Faber (RF 7020)
OSTROLENK, FABER, GERB & SOFFEN, LLP
1180 Avenue of the Americas
New York, New York 10036
(212) 382-0700
Attorneys for Plaintiff

October 17, 2007

_____
Panagiota Betty Tufariello (PBT 3429)
THE LAW OFFICES OF P.B. TUFARIELLO, P.C.
25 Little Harbor Road
Mount Sinai, New York 11766
(631) 476-8734
Attorneys for Defendants

_____
U.S.D.J.        10-18-07

{00874895.1}

2